# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CADENCE BANK, N.A., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:17-cv-01799-JEO |
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, the Plaintiff's motion to remand (doc. 8) is **GRANTED** except to the extent that the Plaintiff has requested an award of attorney's fees and costs. The Clerk of the Court is **DIRECTED** to **REMAND** this case to the Circuit Court of Jefferson County, Alabama, Birmingham Division.

**DONE** this 27th day of November, 2017.

_John E. Ott_

**JOHN E. OTT**
Chief United States Magistrate Judge